RECEIVED
SEP 1 9 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent, ) | |
| ) | |
| v. ) | Criminal No. 4:22-cv-00042-SMR |
| ) | |
| ALBERT KELLY PRICE, ) | |
| ) | |
| Petitioner. ) | |

**FIRST MOTION FOR EXTENSION OF TIME TO REPLY TO UNITED STATES' RESPONSE IN OPPOSITION TO VACATE SENTENCE UNDER 28 U.S.C. § 2255**

COMES Defendant, ALBERT KELLY PRICE ("Price"), appearing *pro se,* and files his Motion for Extension of Time to Reply to United States' Response in Opposition to Defendant's Motion to Vacate Sentence Under 28 U.S.C. § 2255, and would show as follows:

**PRELIMINARY STATEMENT**

As a preliminary matter, Price respectfully requests that the Court be mindful that "a *pro se* complaint should be given liberal construction, we mean that if the essence of an allegation is discernible ... then the district court should construe the complaint in a way that permits the layperson's claim to be considered within the proper legal framework." See *Solomon v. Petray*, 795 F.3d 777, 787 (8th Cir. 2015); *Estelle v. Gamble*, 429 U.S. 97 (1976) (same); and *Haines v. Kerner*, 404 U.S. 519 (1972) (same).

## REASON FOR EXTENSION

The eighteen (18) page single spaced United States' Response in Opposition to Defendant's Motion to Vacate Sentence Under 28 U.S.C. § 2255 ("USR") was just received by Price through the prison mail, which has become unreliable and sporadic. It can take weeks to receive coresspondence. Since the Covid/Delta Virus pandemic, the compound at FCI Pekin has had limited movement and very limited access to the prison law library. Because of these limitations, Price needs more time to research, prepare and perfect his Reply to the USR. Therefore, he seeks a thirty (30) day extension of time, up to and including October 16, 2022, to complete his Reply.

WHEREFORE, premise considered, Price prays that the Court grant this motion and extend his deadline for filing his Reply, up to and including October 16, 2022.

Respectfully submitted,

Dated: September 16, 2022

ALBERT KELLY PRICE
REG. NO. 19084-030
FCI PEKIN
FEDERAL CORR. INSTITUTION
P.O. BOX 5000
PEKIN, IL 61555

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2022, I mailed a true and correct copy of the above and foregoing Motion for Extension of Time to Reply to United States' Response in Opposition to Defendant's Motion to ,Vacate Sentence Under 28 U.S.C. § 2255 postage prepaid, to Jason R. Lawrence, Assistant United States Attorney, Suite 286, 110 East Court Avenue, Des Moines, Iowa 50309.

_____
ALBERT KELLY PRICE

ALBERT KELLY PRICE
REG. NO. 19084-030
FCI PEKIN
FEDERAL CORR. INSTITUTION
P.O. BOX 5000
PEKIN, IL 61555

September 16, 2022

RECEIVED
SEP 19 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Mr. John S. Courter
Clerk of Court
U.S. District Court
Southern District of Iowa
Central Division
123 East Walnut Street
Des Moines, IA 50309-2035

RE: *United States v Price*
Crim No. 4:22-cv-00042-SMR

Dear Mr. Courter:

Enclosed please find and accept for filing Movant's First Motion for Extension of Time to File Reply Vacate Sentence Under 28 U.S.C. § 2255. Please submit this motion to the Court.

Thank you for your assistance in this matter.

Sincerely,

ALBERT KELLY PRICE
Appearing *Pro Se*

*Encl. as noted*

USPS Priority Mail Flat Rate Envelope

US POSTAGE PAID
Origin: 77070
09/16/22
$8.95
4800420059-05

PRIORITY MAIL®
0 Lb 1.90 Oz
1004

EXPECTED DELIVERY DAY: 09/19/22
C082

SHIP TO:
123 E WALNUT ST
DES MOINES IA 50309-2035

USPS TRACKING® #
9505 5104 4804 2259 7246 68

FROM:
ALBERT KELLY PRICE
REG. NO. 19084-030
FCI PEKIN
FEDERAL CORR. INSTITUTION
P.O. BOX 5000
PEKIN, IL  61555

TO:
Mr. John S. Courter
Clerk of Court
U.S. District Court
Southern District of Iowa
Central Division
123 East Walnut Street
Des Moines, IA 50309-2035